# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **JONATHAN A. WHEELER,**  *Plaintiff,*  v.  **JOSEPH POLITE,** *et al.,*  *Defendants.* | **CIVIL ACTION NO.**  **5:23-cv-00164-TES-CHW** |

### ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

No party objected to the United States Magistrate Judge's Report & Recommendation ("R&R") [Doc. 47] regarding Defendants' Motion to Dismiss [Doc. 35] pro se Plaintiff Jonathan A. Wheeler's Amended Complaint [Doc. 15]. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 6(a)(1) & (d). Having reviewed the R&R for clear error, the Court **ADOPTS** it [Doc. 47] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, because Plaintiff failed to exhaust the available remedies, the Court **GRANTS** Defendants' Motion to Dismiss [Doc. 35] and **DISMISSES** Plaintiff's Amended Complaint [Doc. 15] **without prejudice**.

**SO ORDERED**, this 20th day of November, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**