IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JONATHAN A WHEELER,                          *

                    Plaintiff,               *

v.                                                Case No.  5:23-cv-00164-TES-CHW
                                             *

ERSELL MCCULLEN et al.,                      *

                    Defendants.              *
_____            *

## J U D G M E N T

Pursuant to this Court's Order dated 11/20/2024, having accepted the recommendation of the

United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 20th day of November, 2024.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk